JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendant, Kean University

By:     Noreen P. Kemether
        Deputy Attorney General
        Attorney I.D. #029561991
        (609) 292-9989
        noreen.kemether@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| JANET E. ALLEN,<br>           Plaintiff,<br><br>v.<br><br>KEAN UNIVERSITY,<br>           Defendant. | Civil Action No. 2:12-cv-00727<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS, WITHOUT COSTS** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the Defendant and Plaintiff, Jane E. Allen, it is hereby stipulated and agreed that the Complaint is hereby DISMISSED with prejudice and without costs.

**Counsel for Plaintiff, John T. Herbert**

By: _____
John T. Herbert, Esq.
HERBERT LAW GROUP
96 Engle Street
Englewood, NJ 07631
Date: October 24, 2013

**Counsel for Kean University**
JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY

By: _____
Noreen P. Kemether, DAG
25 Market Street, 2nd Floor
P.O. Box 112
Trenton, NJ 08625
Date: October 29, 2013